**280**

the Board as a practical matter to disregard. These intangibles do exist but we are not justified because of them in making the choice petitioners insist upon, namely, to hold that the hearing required before the changes become permanent will be futile unless a hearing is held on the temporary changes. We must assume that the Board, subject to judicial review, will decide as it should when, after a hearing, it comes to the taking of permanent action; that is to say, we may not now assume an erroneous final decision because of this temporary decision. Peoples Broadcasting Co. v. United States, 93 U.S.App.D.C. 78, 209 F.2d 286. While we are not unaware as a practical matter of the possible disadvantage to parties incident to tentative interim decisions of public administrators, we cannot remake the statutory procedure because of this.

Affirmed.

Jr., and M. Joseph Matan, Washington, D. C., were on the brief, for appellant.

Mr. William Hitz, Asst. U. S. Atty., with whom Messrs. Oliver Gasch, U. S. Atty., Carl W. Belcher and Miss Doris H. Spangenburg, Asst. U. S. Attys., were on the brief, for appellee.

Before Mr. Justice REED, retired, EDGERTON and PRETTYMAN, Circuit Judges.

PER CURIAM.

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia, and was argued by counsel.

On consideration whereof it is ordered and adjudged by this Court that the judgment of the District Court appealed from in this cause be, and it is hereby, affirmed.

**Maurice A. HUTCHESON, Appellant,**

v.

**UNITED STATES of America,**
**Appellee.**

**No. 15906.**

United States Court of Appeals
District of Columbia Circuit.

Argued Nov. 28, 1960.

Decided Dec. 7, 1960.

Petition for Rehearing Denied
Jan. 9, 1961.

Mr. Charles H. Tuttle, New York City, of the bar of the Court of Appeals of New York, pro hac vice, by special leave of court, with whom Joseph P. Tumulty,

**William H. COATES, Appellant**

v.

**UNITED STATES of America,**
**Appellee.**

**No. 15965.**

United States Court of Appeals
District of Columbia Circuit.

Argued Nov. 9, 1960.

Decided Nov. 18, 1960.

